UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORENZO MENDOZA, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, <br><br> Defendants. <br> _____/ | Case No.: CV 18-8013-DMG (JCx) <br><br> **ORDER RE STIPULATION TO REMAND AND CAP DAMAGES [13]** |

Good cause appearing therefor, the Court orders as follows:

1. This matter shall be immediately remanded to the Santa Barbara County Superior Court, Cook Division, where the parties to the Stipulation have agreed that plaintiff LORENZO MENDOZA will not recover more than $74,999.00.

2. All pending deadlines and hearings in this Court are VACATED.

IT IS SO ORDERED.

DATED: November 15, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT COURT